**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 05-597**

───────────────

WARREN A. TAYLOR,

Petitioner,

versus

STATE OF GEORGIA, et al.; UNIVERSITY HOSPITAL,
et al.,

Respondents.

───────────────

On Petition for Permission to Appeal from the United States
District Court for the Southern District of Georgia, at Augusta.
Dudley H. Bowen, Jr., District Judge.  (CA-05-36-DHB)

───────────────

Submitted:  March 10, 2006          Decided:  April 4, 2006

───────────────

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Petition dismissed by unpublished per curiam opinion.

───────────────

Warren A. Taylor, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren A. Taylor petitions under Fed. R. App. P. 5 for permission to appeal the order of the United States District Court for the Southern District of Georgia denying Taylor's motion for reconsideration of its earlier order denying a change of venue in Taylor's civil action to the United States District Court for the District of Maryland. Because we lack jurisdiction to review orders of the Georgia district court, see 28 U.S.C. § 1294 (2000), we deny Taylor's pending motions and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED